UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DOUGLAS WAYNE LEWIS, JR.,**

    Petitioner,

v.                                      Case No. 3:13cv119/MCR/EMT

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated February 14, 2014.  (Doc. 23).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of the timely filed objections.

    Having considered the Report and Recommendation, and the objections thereto timely filed[1], the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Respondent's Motion to Dismiss (doc. 15) is **GRANTED**, and the Petition for Writ of Habeas Corpus (doc. 1) is **DISMISSED** with prejudice as untimely.

---

[1] The Court granted Petitioner's motion to amend his objections to the Report and Recommendation filed June 5, 2014 (doc. 29) and reviewed same.

3.A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 8th day of September, 2014.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**